UNITED STATES DISTRICT COURT
WESTERN WASHINGTON OF WASHINGTON
AT SEATTLE

DAVID M. NJENGA,

    Plaintiff,

vs.

DANIELLE HOUSTON, et al.,

    Defendants.

CASE NO.   C07-1516-RSL

ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DISMISSING CASE

The application by plaintiff for leave to proceed in forma pauperis was incomplete or defective as set forth in the memorandum from the clerk to plaintiff on 9/28/2007. The clerk advised plaintiff that failure to correct the deficiency or pay the filing fee on or before 10/29/2007 could result in dismissal of the case. Plaintiff has neither paid the filing fee nor adequately supplemented the application to proceed in forma pauperis.

It is therefore ORDERED:

(1)   The application to proceed in forma pauperis is DENIED;

/   /   /   /

/   /   /   /

ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DISMISSING CASE - C07-1516-RSL-MAT            1

1  (2)  The case is DISMISSED;

2  (3)  The clerk is directed to send copies of this Order to plaintiff and to Magistrate Judge

3       Mary Alice Theiler.

Dated this 7th day of November, 2007.

*[signature]*
Robert S. Lasnik
United States District Judge

Recommended for entry

this  6th day of November, 2007.

s/ Mary Alice Theiler
United States Magistrate Judge

ORDER DENYING APPLICATION TO
PROCEED IN FORMA PAUPERIS AND
DISMISSING CASE - C07-1516-RSL-MAT        2